(No. 5667—

BOISE CASCADE CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, VARIOUS STATE AGENCIES, Respondent.

*Opinion filed January 11, 1972.*

BELL, BOYD, LLOYD, HADDAD AND BURNS, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J. 

(No. 5833—

THORNBURG CLINICAL LABORATORY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed January 11, 1972.*

THORNBURG CLINICAL LABORATORY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.